**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

CASE NO. 1:13-Cr-00189-CKK-1

UNITED STATES OF AMERICA,

        *Plaintiff*,

v.

JAIRO ESTUARDO ORELLANA-MORALES,

        *Defendant*.
_____/

## NOTICE OF APPEARANCE

The Clerk and all parties to this action will please note the appearance of the undersigned attorney as counsel for the Defendant in the above-styled cause for purposes of trial only.

Counsel requests that all pleadings, notices, and/or other papers be sent to said counsel by the Clerk of the above Court.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this Friday, July 24, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

        Respectfully submitted,

        ROJAS & OLIVA, P.A.
        Attorneys for the Defendant
        15800 Pines Boulevard, Suite 206
        Pembroke Pines, Florida 33027
        (305) 373-6868
        ruben@rojasoliva.com

        By:_____
           Ruben Oliva, Esq.
           F.B.N. 626074
           D.C. BAR NO. FL0001