AO 442 (Rev 01/09) Arrest Warrant     F|O# 9271484

# UNITED STATES DISTRICT COURT
for the
District of Columbia

**FILED**
JUL 24 2015
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

United States of America
v.

Jairo Estuardo Orellana-Morales

_Defendant_

Case: 1:13-cr-189
Assigned To : Kollar-Kotelly, Colleen
Assign. Date : 6/27/2013
Description: INDICTMENT (B)
Case Related to: 09-cr-50 (CKK)

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_    JAIRO ESTUARDO ORELLANA-MORALES, aka "Jairo Pelon" and "El Pelon",
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint

☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Count 1: Conspiracy to Manufacture or Distribute Five Kilograms or More of Cocaine, Intending or Knowing that the Cocaine Will be Unlawfully Imported into the United States, in violation of 21 U.S.C. Sections 959, 960, 963.

Count 2: Use and Possession of a Firearm, in violation of 18 U.S.C. Sections 2, 924(c)(1)(A)(i), 924(c)91)(A)(ii), and 924(c)(1)(B)(ii).

Date:  06/27/2013

_Issuing officer's signature_

City and state:   Washington, D.C.

JOHN M. FACCIOLA, MAGISTRATE JUDGE
_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ 7/01/2013, and the person was arrested on _(date)_ 7/24/2015 at _(city and state)_ Washington, D.C. |
| Date: 7/24/2015 |
| _Arresting officer's signature_ |
| Deputy US Marshal Aaron Good |
| _Printed name and title_ |