**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

CASE NO. 1:13-Cr-00189-CKK-1

UNITED STATES OF AMERICA,

        *Plaintiff*,

v.

JAIRO ESTUARDO ORELLANA-MORALES,

        *Defendant*.

_____/

**UNOPPOSED MOTION TO ALLOW**
**LEGAL VISITS BY DEFENDANT'S FOREIGN COUNSEL**

COMES NOW the Defendant, **JAIRO ESTUARDO ORELLANA-MORALES**, by and through his undersigned counsel and respectfully files his Motion to Allow Legal Visits by Defendant's Foreign Counsel:

1. The Defendant is currently incarcerated at the Rappahannock Regional Jail in Virginia.

2. Undersigned counsel has been advised by the jail staff and by the Marshal's Service that approval from this Honorable Court is necessary in order to allow the Defendant's foreign counsel to visit him.

3. Mr. Mauricio Berreondo is a duly licensed attorney in Guatemala who not only represented the defendant in his extradition process but also continues to represent the Defendant in regards to an ongoing criminal forfeiture case against the Defendant and his family. Mr. Berreondo needs to be able to confer with his client in regards to this important legal proceeding in Guatemala. Attached hereto as Exhibit 1 is a copy of Mr. Berreondo's Guatemalan

1

bar card. Attached hereto as Exhibit 2 is a copy of the charges initiating the forfeiture proceedings against the defendant.

4. This motion has been brought to the attention of the Trial Attorney with the Narcotic and Dangerous Drug Section of the Department of Justice, Michael Lang, Esquire, and he has stated that he has no objections whatsoever to the same.

W H E R E F O R E, the Defendant would respectfully request that this Honorable Court issue an order permitting foreign defense counsel to have legal visits with his client, the defendant herein.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this Monday, August 3, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

Respectfully submitted,

ROJAS & OLIVA, P.A.
Attorneys for the Defendant
15800 Pines Boulevard, Suite 206
Pembroke Pines, Florida 33027
(305) 373-6868
ruben@rojasoliva.com


By:_____
      Ruben Oliva, Esq.
      F.B.N. 626074
      D.C. BAR NO. FL0001