# EXHIBIT 1

# BAR CARD FOR MR. MAURICIO BERREONDO



