**EXHIBIT 2**

**GUATEMALAN FORFEITURE CHARGES**