**EXHIBIT 2**

**GUATEMALAN FORFEITURE CHARGES**

Cédula No.: 01175-143119585

JUZGADO DE PRIMERA INSTANCIA DE EXTINCIÓN DE DOMINIO, GUATEMALA

EXPEDIENTE: 01175-2014-00072

OFICIAL I

GUATEMALA, C.A.

*143119585*
*01175*
*01175-2014-00072*
*6016910*

**TIPO PROCESO:** Extinción Específico Bienes

En la ciudad de Guatemala, el ___Tres___ de ___febrero___ del año dos mil quince, siendo las ___Quince___ horas con ___Veintiuno___ minutos, en: SEGUNDA CALLE VEINTICUATRO GUIÓN CERO CERO, VISTA HERMOSA DOS, EDIFICIO DOMANI, OFICINA UN MIL CIENTO CINCO, ONCEAVO NIVEL CIUDAD., GUATEMALA ZONA QUINCE.

Notifico la(s) resolución (es) de fecha (s):

VEINTIUNO DE NOVIEMBRE DE DOS MIL CATORCE

ONCE DE DICIEMBRE DE DOS MIL CATORCE

CINCO DE DICIEMBRE DE DOS MIL CATORCE

CINCO DE DICIEMBRE DE DOS MIL CATORCE

ONCE DE DICIEMBRE DE DOS MIL CATORCE

DOCE DE DICIEMBRE DE DOS MIL CATORCE

DOCE DE DICIEMBRE DE DOS MIL CATORCE

DOCE DE DICIEMBRE DE DOS MIL CATORCE

CATORCE DE ENERO DE DOS MIL QUINCE

QUINCE DE ENERO DE DOS MIL QUINCE

DOS DE FEBRERO DE DOS MIL QUINCE

COPIA DE RESOLUCIONES Y DOCUMENTOS, DISCO COMPACTO QUE CONTIENE MEDIDA CAUTELAR.

A: JAIRO ESTUARDO ORELLANA MORALES A TRAVÉS DE SU ABOGADO DEFENSOR MAURICIO NEFTALI BERREONDO LEE. (Sindicado)

Por Medio de cédula de notificación que contiene las copias de Ley y que entrego a:

___Nancy Ajcu___

Quien de enterado ___NO___ firmó, DOY FE:

CONSTA DE 298 FOLIOS

Fecha Recepción: 03/02/2015 11:44:54   NOTIFICADOR III   imprime KATHERIN MARLENY MARTIN GUARCAS   Fecha Impresión: 03/02/2015 - 12:02



GUATEMALA, C.A.

ED. 01175-2014-00072. Oficial I. **ACTA SUSCINTA DE AUDIENCIA DE SOLICITUD DE MEDIDA CAUTELAR DE INMOVILIZACIÓN.** En la ciudad de Guatemala el día veinte de noviembre del año de dos mil catorce, siendo las trece horas, ante el Infrascrito Juez, asociado como en derecho corresponde, se celebró audiencia unilateral de solicitud de medidas cautelares, solicitadas por el Ministerio Público a través del Agente Fiscal de la Fiscalía Contra el Lavado de Dinero u Otros Activos, Unidad de Extinción de Dominio, Abogado DARWIN ALEXEI OROZCO OROZCO, misma que quedará registrada a través de audio en el Sistema de Gestión de Tribunales -SGT-, a dicha audiencia comparecieron: **a)** El Agente Fiscal del Ministerio Público Abogado DARWIN ALEXEI OROZCO OROZCO. Se procede de la siguiente forma: **PRIMERO:** El señor Juez le concede la palabra al Agente Fiscal para que se manifieste en cuanto a la solicitud de medidas cautelares realizada. **SEGUNDO:** El Agente Fiscal del Ministerio Público se manifiesta y solicita se decreten las medidas de inmovilización sobre los bienes siguientes: **a)** Inmovilización, de la inscripción registral de dominio número un mil doscientos cuarenta y dos (1242), correspondiente a la finca quinientos treinta (530) folio doscientos noventa y uno (291) del libro cinco (5) serie dieciséis (16) grupo norte; **b)** Inmovilización, de la inscripción registral de dominio número un mil cuatrocientos veintinueve (1429),

decretada el día de hoy y se le entregan bajo su responsabilidad a efecto de que se hagan llegar al Registro de la Propiedad y procedan a anotar las medidas cautelares decretadas dentro del presente proceso. Dicha resolución quedó registrada a través de audio, en un disco compacto, del cual se le dio copia a la interviniente, quien quedó debidamente notificado en audiencia. Se finalizó la diligencia una hora con cuatro minutos después de su inicio.

MARCO ANTONIO VILLEDA SANDOVAL
JUEZ

JOSE FERNANDO MAEDA GUTIERREZ
SECRETARIO



UNIDAD DE EXTINCION DE DOMINIO
MINISTERIO PÚBLICO
MPEXTINCIÓN/2013/00154-RL
Agencia 6

CAUSA: _____

## JUZGADO DE PRIMERA INSTANCIA DE EXTINCION DE DOMINIO.

**EL MINISTERIO PÚBLICO,** a través del Infrascrito Agente Fiscal, Abogado Darwin Alexei Orozco Orozco, de la Unidad de Extinción de Dominio, Adscrita a la Fiscalía de Sección Contra el Lavado de Dinero u Otros Activos. Respetuosamente comparezco y para el efecto,

### E X P O N G O :

**I. DE LA CALIDAD CON QUE ACTUO:** Comparezco en la calidad de Agente Fiscal de la Unidad de Extinción de Dominio de la Fiscalía de Sección contra El Lavado de Dinero u Otros Activos.

**II. DEL LUGAR PARA RECIBIR NOTIFICACIONES:** Señalando como lugar para recibir notificaciones la sede de esta Unidad, ubicada en el ala norte, sexto piso del Edificio Central del Ministerio Público, situado en la Quince Avenida quince guión dieciséis de la Zona Uno, Barrio Gerona, de esta Ciudad Capital; así como el número telefónico 24119191 extensión 6074

**III. OBJETO DE MI COMPARECENCIA:** comparezco con el objeto de solicitar, se decreten las siguientes **MEDIDAS CAUTELARES** sobre los bienes inmuebles que a continuación se describen:

**INMUEBLES DEL AFECTADO JAIRO ORELLANA**

UNIDAD DE EXTINCIÓN DE DOMINIO
MINISTERIO PÚBLICO
MPEXTINCIÓN/2015/

CAUSA: _____

## SU NUCLEO FAMILIAR Y PERSONAS DE CONFIANZA:

1. **INMOVILIZACIÓN**, de la inscripción registral de Dominio numero un mil doscientos cuarenta y dos (1242), correspondiente a la **FINCA QUINIENTOS TREINTA (530) FOLIO DOSCIENTOS NOVENTA Y UNO (291) del LIBRO CINCO (5) SERIE DIECISEIS (16) GRUPO NORTE**, en donde obra que *JAIRO ESTUARDO ORELLANA MORALES* (solicitado en extradición) le dona a su hermana DEBORA ESPERANZA ORELLANA MORALES como muestra de cariño, y mediante escritura Pública numero quinientos cincuenta y cinco (555) de fecha uno de octubre del año dos mil cinco, autorizada por el Notario Augusto Chew Gálvez los derechos según la inscripción de dominio un mil doscientos dieciséis (1216) del inmueble Ubicado en La Aldea Doña María, del municipio de Gualán del departamento de Zacapa, finca denominada "Lobo Doña María y Juan De Paz". En dicho documento consta que Jairo Estuardo Orellana Morales, le dona una sesenta y cuatro ava parte (1/64) de los derechos que adquirió de Salomón León Morales sobre la mencionada finca a su hermana, estimando la donación para los efectos fiscales en cien quetzales (Q100.00), que equivalen a una manzana del predio.

Así mismo entrega dos mejoras o posesiones que incluyen: **a.** Sitio y casa con paredes de block y techo de loza (Terraza) piso cerámico, con luz eléctrica y agua. *Colindancias:* al Norte con Gerardo Orellana Morales, al sur con ruta al Atlántico, al Oriente con Marcos Aldana, y al Poniente Con Débora Orellana. **b.** Terreno Rustico con una extensión de tres manzanas tres manzanas Colindancias: al Norte con Cesar Aceituno, al sur con Gerardo, Débora y Rebeca Orellana Morales, al Oriente con Marcos Aldana y al Poniente con Cesar Aceituno.



UNIDAD DE EXTINCION DE DOMINIO
MINISTERIO PÚBLICO
MPEXTINCIÓN/2013/0015-RL
Agencia 6

CAUSA: _____

Avisos al Registro General de la Propiedad Central, y que esta judicatura comunique de la decisión tomada a los **AFECTADOS** y terceros interesados, de quienes se señaló dentro del presente memorial su identificación y dirección para ser debidamente notificados.

**CITA DE LEYES:** Artículos 2, 4, 5, 6, 7, 9, 12, 16 y 22 del Decreto 55-2010 del Congreso de la República, Ley de Extinción de Dominio. Acompaño al presente memorial _____ copias del mismo, y documentos adjuntos que lo sustentan compuesto de  201  folios.

Guatemala, veinte del mes de noviembre del año dos mil catorce.



Abogado Darwin Alexei Orozco Orozco
Agente Fiscal, Unidad de Extinción de Dominio
Fiscalía Contra el Lavado de Dinero u Otros Activos
Ministerio Público

Exp. No. MPEXTINCIÓN/2013/0015-RL