UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES,<br><br>    v.<br><br>JAIRO ESTUARDO ORELLANA-MORALES,<br><br>    Defendant. | Criminal Action No. 1:13-cr-00189-CCK-1 |

ORDER
(January 5, 2016)

Presently before the Court is the parties' [22] Supplemental Joint Motion to Reschedule Status Conference.  In the Supplemental Joint Motion, counsel for Defendant and the Government request that the status conference currently scheduled for January 6, 2016 be adjourned until a date and time on February 2nd, 3rd, or 4th, 2016.

The parties indicate that they are engaged in ongoing plea negotiations to see if the matter can be resolved absent the need for trial.  The parties state that the requested continuance will allow the parties to continue these negotiations.  Further, the parties request that the Court exclude the intervening time under the Speedy Trial Act.  Defense counsel indicates in the motion that Defendant waives his Speedy Trial rights for the duration of the adjournment; counsel, however, has not included a waiver signed by Defendant.

In light of the foregoing, the Court finds that the requested continuance serves the "ends of justice" and is in the best interests of both the community and Defendant by permitting the parties to finalize their disposition of this case.  18 U.S.C. § 3161(h)(7)(A).   Accordingly, the Court hereby **ORDERS** that the parties' [22] Joint Motion to Reschedule Status Conference is **GRANTED**.  The next status conference shall take place on **February 4, 2016, at 10 AM**.  The Court's Order is **CONTINGENT** upon Defense counsel filing with the Court a waiver signed by

Defendant, indicating that Defendant waives his Speedy Trial rights from the date of the previously scheduled status conference (January 6, 2016) until the date of the next-scheduled status conference (February 4, 2016), a period of 29 days.  Taking into account this continuance, and contingent upon the filing of Defendant's signed waiver, the new 70-day deadline is April 14, 2016, and the new 90-day deadline is May 4, 2016.  In light of the facts that the Court has granted two motions to continue the status conference and that Defendant last appeared in Court on August 10, 2015, **the Court will be inclined not to reschedule the status conference a third time**.

The Court **FURTHER ORDERS** that Defense Counsel shall file the waiver signed by Defendant indicating that Defendant waives his Speedy Trial rights from the date of the previously scheduled status conference (January 6, 2016) until the date of the next-scheduled status conference (February 4, 2016) by no later than **January 22, 2016**.

    **SO ORDERED.**

                                              */s/*
                                    **COLLEEN KOLLAR-KOTELLY**
                                    UNITED STATES DISTRICT JUDGE