**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**CASE NO. 1:13-Cr-00189-CKK-1**

**UNITED STATES OF AMERICA,**

v.

**JAIRO ESTUARDO ORELLANA-MORALES,**

    *Defendant.*
_____/

**NOTICE OF FILING
WAIVER OF SPEEDY TRIAL**

COMES NOW the Defendant, **JAIRO ESTUARDO ORELLANA-MORALES,** by and through undersigned counsel, and pursuant to the Court's Order issued January 6th, 2016, respectfully submits the attached Waiver of Speedy Trial Rights.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this Sunday, January 10, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

    Respectfully submitted,

    ROJAS & OLIVA, P.A.
    Attorneys for the Defendant
    15800 Pines Boulevard, Suite 206
    Pembroke Pines, Florida 33027
    (305) 373-6868
    ruben@rojasoliva.com


By:_____ /s/_____
    Ruben Oliva, Esq.
    F.B.N. 626074
    D.C. BAR NO. FL0001