# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

## CASE NO. 1:13-Cr-00189-CKK-1

UNITED STATES OF AMERICA,

v.

JAIRO ESTUARDO ORELLANA-MORALES,

      *Defendant.*

_____/

## WAIVER OF SPEEDY TRIAL

COMES NOW the Defendant, **JAIRO ESTUARDO ORELLANA-MORALES,** and his undersigned counsel, and pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 et. seq., hereby waives speedy trial on the grounds that the ends of justice outweigh the best interest of the public and the Defendant in a speedy trial.

Dated: __1 – 7 – 16__

      Respectfully submitted,

      _____
      **JAIRO ESTUARDO ORELLANA-MORALES**

1